No. 961. FISHER *v.* NORTH BRANCH PRODUCTS, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert G. Mentag* and *Albert W. Rinehart* for petitioner.

No. 964. LAWRENCE CAPITOL, INC., *v.* STANLEY-WARNER CORP. ET AL. C. A. 1st Cir. Certiorari denied. *Russell Hardy, Sr.* for petitioner. *Robert W. Meserve, John R. Hally* and *Edward C. Park* for respondents.

No. 965. HOLAHAN, TRUSTEE IN BANKRUPTCY, *v.* FORD, BACON & DAVIS, INC. C. A. 5th Cir. Certiorari denied. *John W. Bryan* for petitioner. *Harry McCall* for respondent.

No. 968. MILTON BRADLEY CO. ET AL. *v.* GELLES-WIDMER CO. C. A. 7th Cir. Certiorari denied. *Sidney Neuman* for petitioners. *Edward A. Haight* for respondent.

No. 971. WOODRING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Fred Berthold* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 998. PUBLIC UTILITIES COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. *v.* BEBCHICK ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Chester H. Gray, George F. Donnella, Andrew G. Conlyn, Edmund L. Jones* and *Harvey M. Spear* for petitioners. *Leonard N. Bebchick, pro se,* and *Harold Leventhal* for respondents.